ROBERT J. MACHER, Respondent, v. ISRAEL GRUBER, Appellant.— Orders reversed on the law, with ten dollars costs and disbursements, and motion to strike out certain defenses contained in the defendant's answer denied, with ten dollars costs. In view of the confused allegations of the complaint, it cannot be

said that the defenses attempted to be set up by the answer are insufficient in law. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.